Lara Shapiro (SBN 227194)
Law Office of Lara Shapiro
4145 Via Marina # 324
Marina del Rey, CA 90292
Tel: (310) 577-0870
Fax: (424) 228-5351
E-mail: Shapiro.lara@gmail.com

Attorney for Plaintiff, Brent King

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRENT KING,<br><br>            Plaintiff,<br><br>      v.<br><br>NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA, aka N.A.C.A.; BANK OF AMERICA NA; REGIONAL TRUSTEE SERVICES; and DOES 1 - 100, inclusive,<br><br>Defendants. | CASE NO.: 2:08-cv-02612-LKK-EFB<br><br>**VOLUNTARY WITHDRAWAL** |

VOLUNTARY WITHDRAWAL - 1
Case No. 2:08-cv-02612-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

<u>**PURSUANT TO RULE 41(a)**</u>

Plaintiff, Brent King, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Plaintiff

*/s/ Lara Shapiro*

_____

LARA SHAPIRO
Attorney for Plaintiff

Dated:   December 2, 2009

IT IS SO ORDERED:

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com